FILED20 OCT '20 16:53USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 500 MO |
| v. | INDICTMENT |
| EDDIE LEWIS WEST III | 18 U.S.C. § 1591(a) |
| | 18 U.S.C. § 2421 |
| Defendant. | |
| | Forfeiture Allegations |

THE GRAND JURY CHARGES:

COUNT 1
(Sex Trafficking by Force, Fraud, and Coercion)
(18 U.S.C. § 1591(a))

Beginning on or about October 18, 2019, and continuing through June 15, 2020, in the District of Oregon and elsewhere, **EDDIE LEWIS WEST III,** defendant herein, did knowingly and attempt to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, Adult Victim 1, knowing, and in reckless disregard

Indictment                                                                                                              Page 1

of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; all in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1).

## COUNT 2
### (Mann Act - Transportation)
### (18 U.S.C. § 2421)

On or about April 14, 2019 through April 15, 2019, in the District of Oregon and elsewhere, defendant **EDDIE LEWIS WEST III,** did knowingly transport, and cause to be transported, a person, Adult Victim 1 (AV1), in interstate commerce from the State of California, to the State of Oregon, while having the intent that AV1 engage in prostitution in violation of Title 18, United States Code, Section 2421.

## FIRST FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1, **EDDIE LEWIS WEST III,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594(d), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 2, **EDDIE LEWIS WEST III**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property,

**Indictment**  Page 2

real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

Dated: October 20, 2020

A TRUE BILL.

███████████████████████
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*

Natalie K. Wight, OSB #035576
Assistant United States Attorney